1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | RACHELLE BARBOUR, #185395
Assistant Federal Defender
3 | OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
4 | Sacramento, CA 95814

5 | Tel: 916-498-5700   Fax: 916-498-5710

6 | Attorneys for Defendant
PASTOR M. BLACKWOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case Nos. 6: 19-PO-233-JDP |
|---|---|
| Plaintiff, | ) 6: 19-PO-241-JDP |
| v. | ) STIPULATION AND ORDER TO CONTINUE INITIAL APPEARANCE AND AUTHORIZE TELEPHONIC APPEARANCE |
| PASTOR BLACKWOOD and TIFFANY GARRIGA, | ) Date:  September 17, 2019 |
| Defendant. | ) Time:  10:00 a.m. |
|  | ) Judge: Hon. Jeremy Peterson |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Legal Officer SUSAN ST. VINCENT, and Assistant Federal Defender RACHELLE BARBOUR, prospective attorney for defendant PASTOR BLACKWOOD, that the Court continue the initial appearance set for August 13, 2019 to September 17, 2019 at 10:00 a.m. This continuance is requested to enable Mr. Blackwood and Ms. Garriga to arrange telephonic court appearances from Miami, Florida (where they live with their 6 week old baby), and to arrange a panel attorney for Ms. Garriga at that appearance.

//

//

The defense also respectfully requests that this Court authorize Mr. Blackwood and Ms. Garriga to appear via video from the Southern District of Florida.

DATED: August 13, 2019

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender

Dated: August 13, 2019

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Legal Officer

ORDER

For the reasons set forth above, it is hereby ordered that the August 13, 2019 initial appearance be continued to September 17, 2019 for both codefendants. A telephonic video appearance from the District Court in the Southern District of Florida is approved.

IT IS SO ORDERED.

Dated: August 14, 2019

UNITED STATES MAGISTRATE JUDGE