Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIFFANY A. GARRIGA,<br><br>Defendant. | No. 6:19-po-0241-JDP<br><br>STIPULATION TO REVIEW HEARING; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Tiffany A. Garriga, by and through her attorney of record, Carol A. Moses, that the status conference in the above-captioned matter set for February 25, 2020 be continued to March 11, 2020 at 10:00 a.m. The Legal Officer has to be out of the area on February 25, 2020 for a medical appointment of a family member and requests the continuance to accommodate that appointment.

Dated: February 19, 2020  /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

Dated: February 19, 2020  /S/ Carol A. Moses
Carol A. Moses
Attorney for Defendant
Tiffany A. Garriga

1

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the February 25, 2020, review hearing for Tiffany A. Garriga, Case *6:19-po-0241-JDP*, is continued to March 11, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 21, 2020                                              _____
                                                                                            UNITED STATES MAGISTRATE JUDGE