1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4  carol@yosemitelawyer.com

5  Attorney for Defendant,
   TIFFANY GARRIGA
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 6:19-po-00241-JDP |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE TO MARCH 31, 2020; ORDER THEREON |
| vs. | ) ) | |
| TIFFANY GARRIGA, | ) ) ) | Date:  March 31, 2020
Time:  10:00 AM
Judge: Jeremy D. Peterson |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, TIFFANY GARRIGA, her attorney of record, CAROL ANN MOSES, Yosemite Legal Officer, SUSAN ST. VINCENT, and Defendant PASTOR BLACKWOOD, by and through his attorney of record, Assistant Federal Defender BEMJAMIN A. GERSON, that the Status Conference in the above-captioned matter currently scheduled for March 11, 2020 at 10:00 AM be continued to March 31, 2020 at 10:00 AM. The government has no objection.

Based on an incident that occurred October 9, 2018, citations were issued alleging that Ms. Garriga committed the following acts: 36 CFR § 2.10(b)(10) – camping outside of designated area, 36 CFR § 2.32(a)(2) – failure to obey a lawful order, and 36 CFR § 2.35(b)(2) – possession of controlled substance (mushrooms).

Defense Counsel has a previously scheduled meeting on March 11, 2020 on a separate

matter in Madera, California and hopes to remedy the overlap by continuing Ms. Garriga.

      Ms. Garriga respectfully requests a continuance of her Status Conference in Case No. 6:19-mj-00241-JDP from March 11, 2020 at 10:00 AM to March 31, 2020 at 10:00 AM.

Dated: February 27, 2020            /s/ Carol Ann Moses
                                                                CAROL ANN MOSES
                                                                 Attorney for Defendant,
                                                                 TIFFANY GARRIGA

Dated: February 27, 2020            /s/ Susan St. Vincent
                                                                 SUSAN ST. VINCENT
                                                                 Yosemite Legal Officer

Dated: February 27, 2020            /s/ Benjamin A. Gerson
                                                                 BENJAMIN A. GERSON
                                                                 Attorney for Defendant,
                                                                 PASTOR BLACKWOOD

ORDER

Good cause appearing, the above request to continue the Status Conference in Case No. 6:19-mj-00241-JDP from March 11, 2020 at 10:00 AM to March 31, 2020 at 10:00 AM is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   February 28, 2020               /s/ Jeremy Peterson
                                                          UNITED STATES MAGISTRATE JUDGE